UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1677 DWF/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

JULIE M. MARTELLE-RUDNICK,

Defendant,

FIREFLY CREEK CASINO,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about April 22, 2002. The garnishee indicates that the defendant is no longer a current employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on April 22, 2002, is hereby released.

Dated: 8/2/02

Magistrate Judge
United States District Court

AUG 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK