UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1677 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JULIE M. MARTELLE-RUDNICK, Defendant, and LAKELAND MENTAL HEALTH CENTER, Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Julie M. Martelle-Rudnick, Social Security Number, XXX-XX-5660, with the last known address of 716 East Division Street, Elbow Lake, MN 56531-4617.

The judgment was entered on August 25, 2000, for Student Loan defaults. The judgment was entered in the amount of $18,191.86, plus interest and costs.

As of May 28, 2004, after applying payments, if any, the balance on this judgment debt was $23,500.12 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from May 28, 2004, at a rate of 6.375% per annum.

SCANNED
JUN 2 8 2004
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Lakeland Mental Health Center, 105 2nd Avenue Northeast, Glenwood, MN 56334

Dated: 6-18-04

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*(612)664-5600*

June 16, 2004

The Honorable Arthur J. Boylan
United States Magistrate Judge
638 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: United States v. Julie M. Martelle-Rudnick
Civil No. 00-1677 DWF/AJB

Dear Magistrate Judge Boylan:

Enclosed for review by you and the Clerk of Court, relative to the above-referenced case, please find a Writ of Continuing Garnishment, Claim for Exemption Form, Clerk's Notice of Post-Judgment Garnishment and the original and two copies of the Government's Application for Writ of Continuing Garnishment.

As soon as we receive the Writ, authorized by you and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

We are providing you with these documents because the Federal Debt Collection Procedures Act indicates that the Magistrate Judges may be given the authority to handle all procedures under the Act. See 28 U.S.C. §3008.

If you have any questions or concerns relative to this procedure, please contact me at 664-5630.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Issued writ on 6/24/04 - JMM

~~BY~~ c: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures