UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1677 DWF/AJB

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>JULIE M. MARTELLE-RUDNICK,<br>Defendant,<br>and<br>COMMUNITY FIRST NATIONAL BANK,<br>Garnishee. | ANSWER OF THE GARNISHEE<br>(NON-EARNINGS) |

RECEIVED
BY MAIL
JUL 12 2004
CLERK US DIST COURT
MINNEAPOLIS MN

Community First National Bank, being duly sworn, deposes and says:

**If Garnishee is an individual:**

That he/she is Garnishee herein doing business in the name of ______________________.
(Provide full name and address of business)

**If Garnishee is a partnership:**

That he/she is a member of ______________________,
(Full name/address of partnership)

a partnership, of which Garnishee is a partner.

**If Garnishee is a corporation:**

That he/she is the Information Access Specialist (Title) of Garnishee, (Full name/ address of corporation) Community First Technologies Inc. 4321 20th Ave SW Fargo ND 58103, a corporation, organized under the laws of the State of Delaware.

SCANNED
JUL 12 2004
U.S. DISTRICT COURT MPLS

On July 7, 2004, Garnishee was served with the Writ of Garnishment. If, **as of the date of service of said Writ**, Garnishee was in custody, control of possession of non-earnings' property in which the above-named defendant has financial or legal interest, proceed to Number 1 below. **If**, as of the date of service of said Writ, Garnishee was not in custody, control or possession of such property, sign, date, notarize, and return this Answer of the Garnishee.

1. For non-earnings' property presently in your custody, control or possession, indicate:

| Description of Property | Value of Property | Debtor's Interest in Property |
| --- | --- | --- |
| Checking account | $44.35 | joint owner of account |
| | | |
| | | |

**Total Value of Property** $44.35

2. If the non-earnings' property listed above is currently subject to previously-served garnishments or court orders, provide the information requested below: (If the noted non-earnings' property is not currently subject to any previously-served garnishments/orders, write "$0.00" on the "Total Due Under Previously-Served Garnishments/Orders" line below.)

| Description of Previously-Served Garnishment/Order | Amount Due Under Previously-Served Garnishment/Order |
| --- | --- |
| | $ |
| | $ |
| | $ |

**Total Due Under Previously-Served Garnishments/Orders** $ 0.00

3. Determine the extent to which the non-earnings' property presently in your custody, control or possession is available for this garnishment:

a. Enter the amount listed on the "Total Value of Property" line in Number 1 above. $ 44.35

b. Enter the amount listed on the "Total Due Under Previously-Served Garnishments/Orders" line in Number 2 above (including "$0.00"). $ 0.00

c. **Current Non-Earnings' Property Available for this Garnishment** (subtract line "b" from line "a") $ 44.35

If you do not claim an exemption, objection, defense or set-off against the amount stated on Line "c" above, you must now retain that amount, up to the total debt balance due as set forth in the Writ of Garnishment, pending further order of the Court. (Note, the debtor is responsible under this garnishment for all interest that accrues on this debt through the date on which payment in full is sent to the defendant.)

If you do contend that some portion of the amount listed on Line "c" above is not subject to this garnishment, indicate the reason(s) for your contention:

_____ The Garnishee claims, on behalf of the judgment debtor, the exemption noted on Line ______ of the Claim for Exemption Form. The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $ __________.

_____ The Garnishee claims the following objection, defense or right to set-off from the non-earnings' property available for this garnishment: ______________________________.

The amount the Garnishee contends is available from current non-earnings' property for this garnishment is $ __________.

---

The Garnishee mailed a copy of the Answer of Garnishee, by first-class mail, to:

Counsel for United States at:
United States Attorney's Office
Att: Financial Litigation Unit
600 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

The Debtor, at:

Julie M. Martelle-Rudnick
715 East Division Street
Elbow Lake, MN 56531-4617

The Garnishee sent the <u>original</u> Answer of Garnishee, by first-class mail, to :

Clerk of United States District Court
202 Federal Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

Karla Zimmerman Community First Technologies Inc.
4321 20th Ave SW
Fargo ND 58103 701-298-5160

Garnishee

SUBSCRIBED and SWORN to before me this 07 day of July, 2004.

CASS COUNTY
NORTH DAKOTA

Mark Caspers
NOTARY PUBLIC

MARK CASPERS
Notary Public
State of North Dakota
My Commission Expires May 6, 2010